MARK L. KIEFER, ESQ., Bar #116633
NORMA P. CHAVEZ, ESQ., Bar #177736
ERICKSEN, ARBUTHNOT, KILDUFF, DAY
& LINDSTROM, INC.
835 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2603
(213) 489-4411 / (213) 489-4332 Fax
E-mail: mkiefer@eakdl.com

Attorneys for Defendants PRISON HEALTH SERVICES, INC.,
ESTATE OF THERESE BRODY, deceased and
BETTY HAPEMAN, R.N.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RYAN, | CASE NO: CV 03 7276 DSF (Ex) |
| Plaintiff, | Assigned Judge: Dale S. Fischer |
| vs. | Trial: June 7, 2005 |
| COUNTY OF SANTA BARBARA, PRISON HEALTH SERVICES, INC.; DR. HOWARD BABUS, M.D., individually, BETTY HAPEMAN, R.N., individually; BARBARA GREGORY, individually; RICHARD H. BRODY, Executor of the Estate of Therese Brody, R.N. deceased; ESTATE OF THERESE BRODY, deceased, | [PROPOSED] ORDER RE STIPULATION OF DISMISSAL |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the Court, having read and reviewed the Stipulation of Dismissal, now orders the following:

1. The above-captioned matter filed by Plaintiff Dennis Ryan may be dismissed with prejudice pursuant to F.R.C.P. 41(a)(1), as against the

///
///

1

1 | remaining Defendants Prison Health Services, Inc., Estate of Therese Brody
2 | (deceased), and Betty Hapemen, R.N.; and,

3 |     2.    Each party to bear its own costs and attorneys fees.

DATE: 6-29-05

_Dale S. Fischer_
Dale S. Fischer
Judge of the United States District Court

2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 835 Wilshire Blvd., Suite 500, Los Angeles, California 90017.

On June 29, 2005, I served the foregoing document described as **[PROPOSED] ORDER RE STIPULATION OF DISMISSAL** on the interested parties in this action:

X    by placing true and correct copies thereof enclosed in sealed envelopes addressed as follows:

> Kenneth M. Miller, Esq.
> 107 Avenida Miramar, Suite D
> San Clemente, CA 92672
> (949) 496-0164 / (949) 496-6753 Fax
> *Attorneys for Plaintiff*

X    **BY MAIL.** I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail in the County of Los Angeles.

\_    **BY PERSONAL SERVICE.** I caused such envelopes to be delivered by hand to the offices of the addressee.

\_    **BY FACSIMILE.** I caused such documents to be sent to the address above via the facsimile number indicated.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Executed on June 29, 2005, at Los Angeles, California.

X    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Rose Calderon*